Helen B. Seaver et al., Appellants, *v*. New York Produce Exchange et al., Respondents.

Argued April 6, 1949; decided April 20, 1949.

*John E. Higgiston, Jr.*, and *Lee McCanliss* for appellants.

*William B. Shealy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.